IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

JACOB BLAKE, JR.

       Plaintiff,                                   Case No. 23-cv-01114

      v.

CITY OF KENOSHA, et.al.,

       Defendants.
_____

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, JACOB BLAKE, JR., by and through his attorney and pursuant to Wisconsin Eastern District Civil L. R. 41(a) respectfully submits this notice to voluntary dismiss the complaint filed on August 23, 2023, DKT #1. Plaintiff has not attempted to effect service and there are no attorneys of record for any of the defendants who have appeared on this matter.

Dated this 8th day of September 2023.

                                                **MOTLEY LEGAL SERVICES**
                                                Attorney for Plaintiff Jacob Blake, Jr.

                                  By:    *Electronically signed by Kimberley Cy. Motley*
                                            Kimberley Cy. Motley, SBN 1047193
                                            PO Box 1433
                                            Matthews, NC 28106
                                            P: (704) 765-4887
                                            F: (704) 582-6229
                                            E: kmotley@motleylegal.com